No. 50144.—Protests 936410–G, etc., of International Selling Corp. et al.  (New York).

Opinion by KEEFE, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 50145.—Protest 956034–G of Oviatt Importing Co.  (Los Angeles).

Opinion by EKWALL, J.  The court adhered to its original decision and judgment rendered heretofore will stand.

BEFORE THE FIRST DIVISION, APRIL 28, 1945

No. 50146.—Protests 13983–K, etc., of Eastern Grocery Co. et al.  (Los Angeles)

Opinion by COLE, J.  It was conceded that the merchandise consists of ve-tsin the same in all material respects as that passed upon in Quong Yuen Shing Co. v. United States (31 C. C. P. A. 43, C. A. D. 247), which record was incorporated herein.  In accordance therewith the merchandise, which includes salt as a substantial component part thereof, was excluded from paragraph 5 and held dutiable at 20 percent under paragraph 1558 as claimed.

No. 50147.—Protests 91891–K, etc., of Chong Sing & Co. et al. (San Francisco).

Opinion by COLE, J.  It was conceded that the merchandise consists of ve-tsin the same in all material respects as that passed upon in Quong Yuen Shing Co. v. United States (31 C. C. P. A. 43, C. A. D. 247), which record was incorporated herein.  In accordance therewith the merchandise, which includes salt as a substantial component part thereof, was excluded from paragraph 5 and held dutiable at 20 percent under paragraph 1558 as claimed.

No. 50148.—Protest 92579–K of Ti Hang Lung & Co. (San Francisco).

Opinion by COLE, J.  It was stipulated that the merchandise is the same in all material respects as the commodity passed upon in Quong Yuen Shing Co. v. United States (31 C. C. P. A. 43, C. A. D. 247), which record was incorporated herein.  In accordance therewith the merchandise, which includes salt as a substantial component part thereof, was excluded from paragraph 5 and held dutiable at 20 percent under paragraph 1558 as claimed.

No. 50149.—Protest 983223–G of Kwong Kee Jan & Co. (San Francisco).

Opinion by COLE, J.   It was stipulated that the merchandise is the same in all material respects as the commodity passed upon in *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247), which record was incorporated herein.   In accordance therewith the merchandise, which includes salt as a substantial component part thereof, was excluded from paragraph 5 and held dutiable at 20 percent under paragraph 1558 as claimed.

BEFORE THE THIRD DIVISION, APRIL 28, 1945

**No. 50150.**—Protest 944081–G (S) of Chan Kee Co. (San Francisco).

Opinion by CLINE, J.   In accordance with stipulation that the merchandise is the same in all material respects as that passed upon in *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372) certain of the items were held entitled to free entry under paragraph 1669 and other items were held dutiable at 10 percent under paragraph 34 as claimed.   The protest was sustained to this extent.

BEFORE THE FIRST DIVISION, APRIL 30, 1945

**No. 50151.**—Petition 6421–R of H. R. Lockwood (Laredo).

Opinion by COLE, J.   At the trial petitioner's witness testified that following a request of the appraiser for information concerning the dutiable value of the merchandise an amended entry was prepared, but due to the volume of entries being made at the time, the amendment was inadvertently attached to a set of documents not pertinent to the instant case.   When the error was discovered, the entry had been passed by the appraiser so the amendment had the legal effect of being untimely.   It was held that the entry of the merchandise at a less value than that found on final appraisement was without any intention to defraud the revenue of the United States or to conceal or misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise.   The petition was therefore granted.

APRIL 27, 1945

**No. 50152.**—▇▇▇▇▇▇▇—Petition 6381–R of *Cahn Bros. & Ryder, Inc.* v. *United States.* ▇▇▇▇▇ Petitioner's application for rehearing granted.

APRIL 28, 1945

**No. 50153.**—SUITS 4478/9.—▇▇▇▇▇▇▇—*United States* v. *Nippon Co. et al.* and *Nippon Co. et al.* v. *United States.*   C. D. 832 affirmed March 5, 1945.   C. A. D. 303.

**No. 50154.**—SUIT 4490.—▇▇▇▇▇▇▇ *Standard Oil Co. of New Jersey* v. *United States.*   C. D. 858 affirmed March 6, 1945.   C. A. D. 306.